# Western District of Texas - Austin Division, Texas
501 W 5TH, STE 1100 AUSTIN TX 78701

## CASE #: 1:24-CV-00881-RP

**JULIO DEL RIO, JACK MURPHY, AND STEVEN BIXBY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

*Plaintiff*
**vs**
**CROWDSTRIKE, INC.,**

*Defendant*

### AFFIDAVIT OF SERVICE

**I, JAMES R HENDERSON, make statement to the fact;**
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 08/13/24 7:32 am, instructing for same to be delivered upon CROWDSTRIKE, INC. BY DELIVERING TO ITS REGISTERED AGENT CORPORATION SERVICE COMPANY.

That I delivered to: CROWDSTRIKE, INC. BY DELIVERING TO ITS REGISTERED AGENT CORPORATION SERVICE COMPANY. By Delivering to Kenisha Gross, Authorized

the following       : SUMMONS; COMPLAINT (CLASS ACTION - JURY TRIAL DEMANDED)

at this address     : 211 E. 7TH STREET SUITE 620
                      AUSTIN, Travis County, TX 78701

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on       : Tuesday AUG 13, 2024 9:35 am

My name is JAMES R HENDERSON, my date of birth is OCT 24th, 1980, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, State of Texas, on the 14th day of August, 2024.

_____
JAMES R HENDERSON           2732    Declarant
TX Certification#: PSC-12091 Exp. 06/30/2025

AX02A24801408                Service Fee:  75.00  PCP Inv#: A24801408
                             Witness Fee:   .00
                             Mileage Fee:   .00  Reference : 1:24-CV-00881-RP
                             Fein, Cory

eaffidavits@pcpusa.net                                    RETURN TO CLIENT