IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JULIO DEL RIO, JACK MURPHY, STEVEN BIXBY, ALICIA KIRBY, PHILIP KIRBY, JENNIE AGUAYO, CHRISTOPHER HARLAN, and SARA HARLAN, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> CROWDSTRIKE, INC., and CROWDSTRIKE HOLDINGS, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § | 1:24-CV-881-RP |

## FINAL JUDGMENT

On this date, the Court entered an order granting Defendants' motion to dismiss and dismissing Plaintiffs' claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 18, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE