UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JULIO DEL RIO, JACK MURPHY, STEVEN BIXBY, ALICIA KIRBY, PHILIP KIRBY, JENNIE AGUAYO, CHRISTOPHER HARLAN, and SARA HARLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CROWDSTRIKE, INC. and CROWDSTRIKE HOLDINGS, INC.,<br><br>Defendants. | Case No. 1:24-cv-00881-RP<br><br>CLASS ACTION |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Julio Del Rio, Jack Murphy, Steven Bixby, Alicia Kirby, Philip Kirby, Jennie Aguayo, Christopher Harlan, and Sara Harlan, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit, from the final judgment and court orders listed below, with their dates of entry.

| Docket Number | Date | Judgment / Order |
|---|---|---|
| 46 | 6/18/25 | Final Judgment |
| 45 | 6/18/25 | Order granting Motion to Dismiss |

Dated:  June 25, 2025.

/s/ Cory S. Fein
Cory S. Fein
**CORY FEIN LAW FIRM**
13105 Northwest Fwy., Suite 705
Houston, TX 77040
Tel.: 713-730-5001
Fax: 530-748-0601
cory@coryfeinlaw.com

*Plaintiffs' Executive Committee Member and Local Counsel*

Ben Barnow
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312-621-2000
Fax: 312-641-5504
b.barnow@barnowlaw.com

Robert K. Shelquist
**CUNEO GILBERT & LaDUCA, LLP**
5775 Wayzata Blvd., Suite 620 St. Louis Park, MN 55416
Email: rshelquist@cuneolaw.com
Phone: 612-254-7288

*Interim Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court via the Court's CM/ECF system, which will cause a copy to be electronically served upon all counsel of record.

/s/ Cory S. Fein
Cory S. Fein